UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-58-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAUREAN EDWARD FARRIOR | ORDER TO SEAL |

On motion of the defendant, Taurean Edward Farrior, and for good cause shown, it is hereby ORDERED that **DE 61** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **25** day of **July**, 2024.

JAMES C. DEVER III
United States District Court Judge